**Electronically Filed
Supreme Court
SCWC-20-0000022
06-AUG-2020
01:41 PM**

SCWC-20-0000022

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

DWIGHT J. VICENTE,
Petitioner/Claimant-Appellant/Appellant,

vs.

HILO MEDICAL INVESTORS, LTD.,
Respondent/Employer-Appellee/Appellee,

and

AMERICAN HOME ASSURANCE COMPANY/AIG CLAIMS SERVICES,
Respondent/Insurance Carrier-Appellee/Appellee,

and

JOHN MULLEN & COMPANY, INC.,
Respondent/Insurance Adjuster-Appellee/Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000022; CASE NO. AB 2015-259(H)(S);
DCD NO. 1-87-00882)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Castagnetti, in place of Pollack, J., recused)

Petitioner Dwight J. Vicente's application for writ of
certiorari, filed on June 25, 2020, is hereby rejected.

DATED:  Honolulu, Hawai'i, August 6, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti

